# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE M. P., | No. SA CV 23-2326-E |
| Petitioner, | |
| v. | JUDGMENT |
| MARTIN J. O'MALLEY, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that judgment is entered in favor of Defendant and the action is dismissed with prejudice.

DATED: August 5, 2024.

                                          CHARLES F. EICK
                                    UNITED STATES MAGISTRATE JUDGE